**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SONIA NOVAS,

                Plaintiff,                              22 **CIVIL** 1020 (MKV)

      -against-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 23, 2023, the Report and Recommendation is adopted in its entirety and the case is remanded for further proceedings consistent with the Report and Recommendation.

**Dated:**  New York, New York
           March 23, 2023

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                **BY:**     *K. mango*

                                                               **Deputy Clerk**